# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2006

130486

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE KONSTANTINO HAWTHORNE and
HALLIE HAWTHORNE, Minors.

_____

DEPARTMENT OF HUMAN SERVICES, f/k/a
FAMILY INDEPENDENCE AGENCY,
           Petitioner-Appellant,

v

EFTHYMIA HAWTHORNE,
           Respondent-Appellee.

SC: 130486
COA: 262433
Macomb CC
Family Division: 03-054071-NA

_____/

On order of the Court, the application for leave to appeal the January 19, 2006 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and REINSTATE the Macomb Circuit Court's order terminating respondent's parental rights to her children. There was clear and convincing evidence supporting termination of respondent's parental rights pursuant to MCL 712A.19b(3)(c)(i), (g), and (j). There was also clear and convincing evidence that termination of respondent's parental rights was not contrary to the best interests of the children. MCL 712A.19b(5).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2006

_____
Clerk

s0301